# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: May 1, 2006

To: United States Court of Appeals    Attn: (✓) Civil
     For the Ninth Circuit
     Office of the Clerk                     ( ) Criminal
     95 Seventh Street
     San Francisco, California 94103    ( ) Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:    CV 04-00372HG        Appeal No:    04-16838

Short Title:    Jou vs. Schmidt

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: #8, #10

Acknowledgment: _____ Date: _____

cc: counsel