UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EMERSON M.F. JOU, M.D., Individually and on behalf of the class or others similarly situated,<br><br>Plaintiff - Appellant,<br><br>V.<br><br>J.P. SCHMIDT, In his capacity as the Insurance Commissioner, State of Hawaii; et al.,<br><br>Defendants - Appellees. | No. 04-16838<br>D.C. No. CV-04-00372-HG<br><br>**JUDGMENT** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 31 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

COSTS TAXED

Filed and entered 06/27/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 26 2006

by: Ruben Talavera
Deputy Clerk