```
INTERNAL USE ONLY: Proceedings include all events.
04-16838 Jou v. Schmidt, et al

EMERSON M.F. JOU, M.D.,              Stephen M. Shaw, Esq.
Individually and on behalf of        FAX 808/531-2129
the class or others similarly        808/521-0800
situated                             [COR LD NTC ret]
     Plaintiff - Appellant           P.O. Box 2353
                                     Honolulu, HI 96804


        v.


J.P. SCHMIDT, In his capacity        David A. Webber, Esq.
as the Insurance Commissioner,       FAX            808
State of Hawaii                      808/586-1450
     Defendant - Appellee            [COR LD NTC ret]
                                     Deborah Day Emerson, dag
                                     FAX 586-1205 808
                                     808-586-1180
                                     3rd Floor
                                     [COR LD NTC dag]
                                     AGHI - OFFICE OF THE HAWAII
                                     ATTORNEY GENERAL
                                     425 Queen St.
                                     Honolulu, HI 96813

DEPARTMENT OF COMMERCE AND           David A. Webber, Esq.
CONSUMER AFFAIRS                     (See above)
     Defendant - Appellee            [COR LD NTC ret]
                                     Deborah Day Emerson, dag
                                     (See above)
                                     [COR LD NTC dag]

DOES 1-20                            No appearance
     Defendant - Appellee            No appearance
```