No. 04-16838

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT


FILED
JUL 11 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EMERSON M.F. JOU, M.D., Individually, and on behalf of the class or others similarly situated,<br><br>Plaintiff-Appellant,<br><br>vs.<br><br>J.P. SCHMIDT, In his capacity as the Insurance Commissioner, State of Hawai'i; Department of Commerce and Consumer Affairs; DOES 1-20,<br><br>Defendants-Appellees. | APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII<br><br>D.C. No. CV-04-00372-HG |

BILL OF COSTS (FORM 10) OF DEFENDANT-APPELLEE J.P. SCHMIDT, INSURANCE COMMISSIONER, STATE OF HAWAI'I

MARK J. BENNETT           2672
Attorney General of Hawai'i
DAVID A. WEBBER           5161
DEBORAH DAY EMERSON  3668
Deputy Attorneys General
425 Queen Street
Honolulu, Hawai'i 96813

Telephone:  (808) 586-1180
Facsimile:  (808) 586-1205
e-mail:     david.a.webber@hawaii.gov

Attorneys for Defendant-Appellee J.P. Schmidt, in his capacity as the Insurance Commissioner, State of Hawai'i; Department of Commerce and Consumer Affairs

**Form 10. Bill of Costs**

## United States Court of Appeals for the Ninth Circuit

### BILL OF COSTS

**Note:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1 when preparing your bill of costs.

_Jou_ v. _Schmidt_   CA No. _04-16838_

The Clerk is requested to tax the following costs against: _Appellant Jou_

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs.* | Pages per Doc. | Cost per Page ** | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page | TOTAL COST |
| Excerpt of Record | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 20 | 20 pp. | $.10 | $40.00 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| | | | TOTAL | $ 40.00 | | | TOTAL | $ 40.00 |

**Form 10. Bill of Costs -** *Continued*

**Other:** Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys fees **cannot** be requested on this form.

\* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.

\*\* Costs per page may not exceed .10 or actual cost, whichever is less. Circuit Rule 39-1.

---

I, __David A. Webber__, swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.

Signature: _David A. Webber_ (signed)
Date: __July 5, 2006__

Name of Counsel (printed or typed): __David A. Webber__
Attorney for: __Defendant/Appellee J.P. Schmidt, etc.__

---

Date: __7-26-06__     Costs are taxed in the amount of $ __40.00__

Clerk of Court
By: __Ruben Talavera__, Deputy Clerk

---

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 26 2006

by: __Ruben Talavera__
Deputy Clerk