# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT

## CHAMBERS OF JUDGE BETTY FLETCHER

September 1, 2006

District Court/Agency:   USDC, District of Hawaii

Lower Court #            CV-04-00372HG

9th Circuit Appeal #     04-16838

Short title:             Jou v. Schmidt

Items returned:

| | |
|---|---|
| 1 | Clerk's Files |
|   | Reporter Transcripts |
| 2 | Sealed Documents (#8 & 10) |
|   | Expando Files |
|   | Lodged Documents |
|   | Other: |

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 0 7 2006
DISTRICT OF HAWAII

NOTE: The following items are missing and a search has been placed. All missing items will be returned as soon as possible: